**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**
**CIVIL MINUTES--GENERAL**

Case No. CV 15-4950 SJO RSWL (AJWx)      Date: September 20, 2016

Title: <u>PINKETTE CLOTHING, INC. v. COSMETIC WARRIORS, LTD., et al.</u>
==================================================================
PRESENT:     **HON.  <u>ANDREW J. WISTRICH</u>, MAGISTRATE JUDGE**

     <u>Kerri Hays</u>
     Deputy Clerk                               Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:    ATTORNEYS PRESENT FOR DEFENDANTS:
     None Present                                None Present


**ORDER REGARDING DEFENDANT'S MOTION FOR CONTEMPT AND SANCTIONS AGAINST PLAINTIFF AND ITS COUNSEL FOR VIOLATING PROTECTIVE ORDER**

Any opposition must be filed no later than September 26, 2016.  Any reply must be filed no later than October 3, 2016.  The motion will be heard on October 17, 2016, at 11:00 a.m.  Defendant must file a declaration proving its attorneys fees and expenses with its reply.

**IT IS SO ORDERED.**

cc:  Parties


MINUTES FORM 11                                                  Initials of Deputy Clerk_____
CIVIL-GEN