1  LTL ATTORNEYS LLP
2  James M. Lee (SBN 192301)
     james.lee@ltlattorneys.com
3  David A. Crane (SBN 305999)
     david.crane@ltlattorneys.com
4  300 South Grand Avenue, 14th Floor
5  Los Angeles, California 90071
   Tel.: 213-612-8900 / Fax: 213-612-3773
6
7  Attorneys for Plaintiff/Counter-Defendant
   Pinkette Clothing, Inc.
8
9
                    **UNITED STATES DISTRICT COURT**
10
                    **CENTRAL DISTRICT OF CALIFORNIA**
11

| PINKETTE CLOTHING, INC., | CASE NO. 15-CV-4950 SJO (AJWx) |
|---|---|
| Plaintiff, | **DECLARATION OF DAVID A. CRANE IN SUPPORT OF PLAINTIFF'S APPLICATION TO FILE DOCUMENTS UNDER SEAL** |
| v. | |
| COSMETIC WARRIORS LIMITED, et. al., | Hearing Date: None |
| Defendants. | |
| AND RELATED COUNTERCLAIMS | |

**DECLARATION OF DAVID A. CRANE**

# DECLARATION OF DAVID A. CRANE

I, David A. Crane, hereby declare as follows:

1. I am an attorney duly admitted to practice before this Court and an attorney in the law firm LTL Attorneys LLP, co-counsel for Plaintiff and Counter-Defendant Pinkette Clothing, Inc. ("Pinkette"). I have personal knowledge of the matters stated in this declaration and, if called as a witness, I could and would testify competently thereto.

## BACKGROUND

2. The following material has been previously designated as either "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" pursuant to the Protective Order stipulated to by the parties and entered by the Court on May 3, 2016 (Dkt. 34):

- The entirety of Exhibits A, B, C, D, E, and F to the Consolidated Declaration of Kevin Bringuel in Support of Pinkette Clothing, Inc.'s Motions to Exclude Expert Testimony.

Pinkette seeks to file under seal unredacted versions of these documents, with no portion of them being publicly available. Additionally, Plaintiff's Motion to Exclude Expert Testimony, Report, and Opinions of Expert Witness Erich Joachimsthaler and Plaintiff's Motion to Exclude Expert Testimony, Report, and Opinions of Expert Witness Leon B. Kaplan contain references to or descriptions of some of this material. Pinkette seeks to file under seal unredacted versions of those Motions with redacted versions being filed publicly.

## LEGAL STANDARD FOR SEALING RECORDS

3. I am aware of the presumption that judicial records are available to and accessible by the public (*Kamakana v. City of Honolulu*, 447 F. 3d 1172, 1178 (9th Cir. 2006)), and that the presumption may be overcome regarding non-dispositive motions by a showing of "good cause." (*Id.*; Fed. R. Civ. P. 26(c)).

4. Based on the designation of the documents in question and the

information contained in them as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY" under the Protective Order, I believe there is good cause to grant the application to seal the documents.

      I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct. Executed in Los Angeles, California.

Dated: December 16, 2016                  LTL ATTORNEYS LLP

                                       By:  /s/ David A. Crane
                                              David A. Crane
                                              Attorney for Plaintiff
                                              Pinkette Clothing, Inc.