Wayne W. Call, Bar No. 56676
 wcall@calljensen.com
Scott P. Shaw, Bar No. 223592
 sshaw@calljensen.com
Deborah A. Gubernick, Bar No. 242483
 dgubernick@calljensen.com
Samuel G. Brooks, Bar No. 272107
 sbrooks@calljensen.com
CALL & JENSEN
A Professional Corporation
610 Newport Center Drive, Suite 700
Newport Beach, CA  92660
Tel:   (949) 717-3000
Fax:   (949) 717-3100

Attorneys for Defendant Cosmetic Warriors Limited

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PINKETTE CLOTHING, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>COSMETIC WARRIORS LIMITED, believed to be a United Kingdom limited company doing business as LUSH HANDMADE COSMETICS, and DOES 1-9, inclusive,<br><br>Defendants. | Case No.  15-CV-04950-SJO-AJW<br><br>**[REDACTED] EXHIBIT 2 TO THE DECLARATION OF RACHEL ZIMMERMAN SCOBIE IN SUPPORT OF DEFENDANT'S MOTION IN LIMINE NO. 8**<br><br>Complaint Filed:  June 30, 2015<br>Trial Date:          January 24, 2017 |

[THIS DOCUMENT HAS BEEN REDACTED IN ITS ENTIRETY; THE UNREDACTED VERSION HAS BEEN FILED UNDER SEAL]