Wayne W. Call, Bar No. 56676
  wcall@calljensen.com
Scott P. Shaw, Bar No. 223592
  sshaw@calljensen.com
Deborah A. Gubernick, Bar No. 242483
  dgubernick@calljensen.com
Samuel G. Brooks, Bar No. 272107
  sbrooks@calljensen.com
CALL & JENSEN
A Professional Corporation
610 Newport Center Drive, Suite 700
Newport Beach, CA 92660
Tel: (949) 717-3000
Fax: (949) 717-3100

Ian G. McFarland, *pro hac vice*
  imcfarland@merchantgould.com
MERCHANT & GOULD P.C.
9717 Cogdill Road, Suite 101
Knoxville, TN 37932-3322
Tel.: (865) 380-5990
Fax: (865) 380-5999

John A. Clifford, *pro hac vice*
  jclifford@merchantgould.com
Heather J. Kliebenstein, *pro hac vice*
  hkliebenstein@merchantgould.com
Rachel Z. Scobie, *pro hac vice*
  rscobie@merchantgould.com
Linhda Nguyen, Bar No. 301157
  lnguyen@merchantgould.com
MERCHANT & GOULD P.C.
3200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402-2215
Tel.: (612) 371-5228
Fax: (612) 332-9081

Attorneys for Defendant Cosmetic Warriors Limited

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

PINKETTE CLOTHING, INC., a    | Case No. 15-CV-04950-SJO-AJW

DECLARATION OF HEATHER J. KLIEBENSTEIN IN SUPPORT OF DEFENDANT'S MOTION IN LIMINE NO. 8 TO EXCLUDE TESTIMONY FROM DR. HIBBARD REGARDING THE LEGAL RELEVANCE OF DR. JOACHIMSTHALER'S TESTIMONY

| | |
|---|---|
| California corporation, | **DECLARATION OF HEATHER J. KLIEBENSTEIN IN SUPPORT OF DEFENDANT'S MOTION *IN LIMINE* NO. 8 TO EXCLUDE TESTIMONY FROM DR. HIBBARD REGARDING THE LEGAL RELEVANCE OF DR. JOACHIMSTHALER'S TESTIMONY** |
| Plaintiff, | |
| vs. | |
| COSMETIC WARRIORS LIMITED, believed to be a United Kingdom limited company doing business as LUSH HANDMADE COSMETICS, and DOES 1-9, inclusive, | |
| Defendants. | Date:      January 24, 2017<br>Time:     9:00 a.m.<br>Crtrm:   10C |

Complaint Filed:   June 30, 2015
Trial Date:           January 24, 2017

## <u>DECLARATION OF HEATHER J. KLIEBENSTEIN</u>

I, Heather J. Kliebenstein, hereby declare as follows:

1.      I am an attorney admitted *pro hac vice* to practice before this Court in this case and an attorney at the law firm of Merchant & Gould P.C., co-counsel for Defendant Cosmetic Warriors Limited (CWL).  I am over the age of eighteen years, have personal knowledge of the matters stated herein, and am competent to testify about them.

2.      Attached hereto as **Exhibit 1** is a true and correct copy of the Expert Report of Erich Joachimsthaler, Ph.D., dated September 14, 2016.  This document is subject to a motion to file under seal.

3.      Attached hereto as **Exhibit 2** is a true and correct copy of the Rebuttal Report of Jonathan D. Hibbard, Ph.D., dated October 5, 2016.  This document is subject to a motion to file under seal.

4.      Attached hereto as **Exhibit 3** is a true and correct copy of excerpts of the deposition of Dr. Jonathan D. Hibbard, dated October 21, 2016.

DECLARATION OF HEATHER J. KLIEBENSTEIN IN SUPPORT OF DEFENDANT'S MOTION IN LIMINE NO. 8 TO EXCLUDE TESTIMONY FROM DR. HIBBARD REGARDING THE LEGAL RELEVANCE OF DR. JOACHIMSTHALER'S TESTIMONY

1    I declare under penalty of perjury of the laws of the United States that the foregoing
2 is true and correct to the best of my knowledge and belief.  Executed in Minneapolis,
3 Minnesota.

Dated: December 16, 2016


By: _____
    Heather J. Kliebenstein

- 3 -

DECLARATION OF HEATHER J. KLIEBENSTEIN IN SUPPORT OF DEFENDANT'S MOTION IN LIMINE NO. 8 TO EXCLUDE TESTIMONY FROM DR. HIBBARD REGARDING THE LEGAL RELEVANCE OF DR. JOACHIMSTHALER'S TESTIMONY