1  Wayne W. Call, Bar No. 56676
     wcall@calljensen.com
2  Scott P. Shaw, Bar No. 223592
     SShaw@calljensen.com
3  Deborah A. Gubernick, Bar No. 242483
     DGubernick@calljensen.com
4  Samuel G. Brooks, Bar No. 272107
     SBrooks@calljensen.com
5  CALL & JENSEN
6  A Professional Corporation
7  610 Newport Center Drive, Suite 700
   Newport Beach, CA  92660
8  Tel:   (949) 717-3000
   Fax:   (949) 717-3100
9
10 Ian G. McFarland, *pro hac vice*
     imcfarland@merchantgould.com
11 MERCHANT & GOULD P.C.
12 9717 Cogdill Road, Suite 101
   Knoxville, TN 37932-3322
13 Tel.: (865) 380-5990
   Fax: (865) 380-5999
14
15 John A. Clifford, *pro hac vice*
     jclifford@merchantgould.com
16 Heather J. Kliebenstein, *pro hac vice*
     hkliebenstein@merchantgould.com
17 Rachel Z. Scobie, *pro hac vice*
     rscobie@merchantgould.com
18 Linhda Nguyen, Bar No. 301157
     lnguyen@merchantgould.com
19 MERCHANT & GOULD P.C.
20 3200 IDS Center
   80 South Eighth Street
21 Minneapolis, MN 55402-2215
   Tel.: (612) 371-5228
22 Fax: (612) 332-9081

23 Attorneys for Defendant Cosmetic Warriors Limited

24
25                **UNITED STATES DISTRICT COURT**
26                **CENTRAL DISTRICT OF CALIFORNIA**
27

| | |
|---|---|
| 28  PINKETTE CLOTHING, INC., a California corporation, | Case No.  15-CV-04950-SJO-AJW |

| | | |
|---|---|---|
| 1 | | **DEFENDANT COSMETIC WARRIORS LIMITED'S LIST OF UNUSUAL NAMES AND SPELLINGS** |
| 2 | Plaintiff, | |
| 3 | vs. | Complaint Filed: June 30, 2015 |
| 4 | COSMETIC WARRIORS LIMITED, believed to be a United Kingdom limited company doing business as LUSH HANDMADE COSMETICS, and DOES 1-9, inclusive, | Trial Date: January 24, 2017 |
| 5 | | |
| 6 | | |
| 7 | Defendants. | |
| 8 | | |

11  Defendant Cosmetic Warriors Limited ("CWL") hereby provides the following

12 list of unique names and unusual spellings:

13 - John Clifford

14 - Rachel Zimmerman Scobie

15 - Heather Kliebenstein

16 - Ian McFarland

17 - Alexander Leonini

18 - Sarah Cole

19 - Mark Wolverton

20 - Karl Bygrave

21 - Brandi Halls

22 - Dr. Leon Kaplan

23 - Dr. Erich Joachimsthaler

24 - Vivaldi Partners

25 - Nicky Dear

26 - Catherine Travers

27 - CWL

28 - Cosmetic Warriors Limited29 High Street, Poole Dorset, United Kingdom

- Lush
- Lush Cosmetics LLC
- Knot wrap
- Luscious Cosmetics
- Lush Kitchen
- Fab.com
- I.P.L. Label, Inc.
- Forever21, Inc.
- Lushclothing.com
- Nordstrom
- Thomson Reuters

Dated: January 18, 2017

CALL & JENSEN
A Professional Corporation
Deborah A. Gubernick

By: */s/ Deborah A. Gubernick*
       Deborah A. Gubernick

Attorneys for Defendant Cosmetic Warriors Limited