LTL ATTORNEYS LLP
James M. Lee (SBN 192301)
 james.lee@ltlattorneys.com
David A. Crane (SBN 305999)
 david.crane@ltlattorneys.com
300 S. Grand Ave., 14th Floor
Los Angeles, California 90071
Tel.: 213-612-8900 / Fax: 213-612-3773

Attorneys for Plaintiff/Counter-Defendant Pinkette Clothing, Inc.

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PINKETTE CLOTHING, INC., | CASE NO. 15-CV-4950 SJO (AJWx) |
| Plaintiff, | **FINAL JUDGMENT** Trial Date: January 24, 2017 Place: Courtroom 10C |
| v. | |
| COSMETIC WARRIORS LIMITED, et. al., | |
| Defendants. | |
| AND RELATED COUNTERCLAIMS | |

[PROPOSED] FINAL JUDGMENT

The above-entitled action between Pinkette Clothing, Inc. ("Pinkette") and Cosmetic Warriors Limited ("CWL") was tried to a jury from January 24, 2017 to January 30, 2017 and the jury rendered its verdict on January 31, 2017. After dismissal of the jury, on January 31, 2017, the Court heard additional evidence and argument on the question of laches. On February 3, 2017, after an independent review of all evidence, the Court rendered an oral statement of decision regarding laches.

Whereupon this Court hereby **ORDERS, ADJUDICATES, AND DECREES** that final judgment shall be and hereby is entered in the above-entitled matter as follows:

### Trademark Infringement

1. LUSH is a valid, protectable trademark;
2. CWL owns LUSH as a trademark in cosmetics and various other goods and services other than clothing;
3. Pinkette's use of the LUSH mark on clothing was without CWL's consent and likely to cause confusion among ordinary consumers as to the source, sponsorship, affiliation, or approval of the goods;
4. Pinkette had either statutory or actual notice that CWL's LUSH mark was registered;
5. CWL is entitled to neither actual damages nor to profits, if any, earned by Pinkette attributable to infringement;

### Laches

6. After independent examination of all evidence, the Court in its equitable powers finds that CWL knew or should have known that Pinkette was using the LUSH mark in a manner that created a likelihood of confusion with CWL's mark;

7. After independent examination of all evidence, the Court in its equitable powers finds that CWL unreasonably delayed in bringing its claims for trademark infringement against Pinkette;

8. After independent examination of all evidence, the Court in its equitable powers finds that Pinkette was prejudiced as a result of CWL's delay;

9. After independent examination of all evidence, the Court in its equitable powers finds that CWL's claims are barred by laches.

## Judgment

10. Judgment shall be entered in favor of Pinkette on all parties' claims and counterclaims;

11. CWL shall take nothing by any of its claims in this action;

12. Pinkette is awarded its costs;

## Injunctive Relief

13. CWL's request for injunctive relief is denied;

## CWL's Petition to Cancel Pinkette's Registration

14. The Director of the United States Patent and Trademark Office is hereby directed, pursuant to 15 U.S.C. § 1119 and without further order of this Court, to dismiss with prejudice the pending cancellation proceeding No. 92061660.

**IT IS SO ORDERED.** DATED: February _17_, 2017

*S. James Otero*

HONORABLE S. JAMES OTERO
UNITED STATES DISTRICT COURT JUDGE